UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G & A Deli Grocery Corp.,

                    Plaintiff(s),

            v.

United States, et al.,

                    Defendant(s).

25-CV-7586 (DEH)

ORDER

DALE E. HO, United States District Judge:

This case was voluntarily dismissed on November 17, 2025, see ECF No. 13. The Clerk

of Court is respectfully directed to close this case.

SO ORDERED.

Dated: December 10, 2025
       New York, New York

                                        DALE E. HO
                                  United States District Judge